IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SIERRA EQUIPMENT INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-00571-N |
| LEXINGTON INSURANCE CO., | § § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

By separate Order of this same date, the Court granted Defendant Lexington Insurance Co.'s ("Lexington") motion to dismiss with prejudice. It is, therefore, ordered that Plaintiff Sierra Equipment, Inc. take nothing by its claims against Lexington and that those claims are dismissed with prejudice. Court costs are taxed against Sierra. All relief not expressly granted is denied. This is a final judgment.

Signed December 19, 2016.

_____
David C. Godbey
United States District Judge

FINAL JUDGMENT – SOLO PAGE